IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                      Criminal Action No. 07-00114-01-CR-W-ODS

v.

STEPHEN BREWER,

        Defendant.

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGES**: On April 4, 2007, the Grand Jury returned a seven count indictment against defendant Stephen B. Brewer. Counts One, Six and Seven of the Indictment charge defendant with possession of child pornography. Counts Two through Five of the indictment charge defendant Brewer with production of child pornography. The indictment also seeks forfeiture of real estate and electronic storage media..

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government:  Katharine Fincham
    Case Agent:   FBI Task Force Officer Angie Wilson
    Defense:      John O'Connor and P.J. O'Connor

**OUTSTANDING MOTIONS**: The undersigned has prepared a Report and Recommendation with respect to the Motion to Suppress Physical Evidence (SEALED) (doc #22). The District Court's ruling on this motion is pending.

**TRIAL WITNESSES**:
    Government:  10 without stipulations
    Defendants:   3-5 witnesses, the defendant may testify

**TRIAL EXHIBITS**
    Government:  40 exhibits
    Defendant:    10 exhibits for defendant

**DEFENSES**: General Denial

**POSSIBLE DISPOSITION**:

( ) Definitely for trial;   (X ) Possibly for trial;   ( ) Likely a plea will be worked out

**TRIAL TIME: 4 days**
   Government's case including jury selection: 2 days
   Defense case: 2 days

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

**Witness and Exhibit List**
Government: By Friday, April 11, 2008
Defense: By Friday, April 11, 2008
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions: Noon, Wednesday April 16, 2008**
Please Note: Jury instructions must comply with Local Rule 51.1

**TRIAL SETTING**: Criminal jury trial docket commencing April 21, 2008.
   **Please note: The parties request 60 potential jurors due to the sensitive nature of the case.**

**IT IS SO ORDERED.**

   /s/ SARAH W. HAYS
   SARAH W. HAYS
   UNITED STATES MAGISTRATE JUDGE